SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@socaleag.com

Attorneys for Plaintiff
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KENNETH DAVIDSON,

          Plaintiff,

   vs.

LEANNA LIN FONG D/B/A LEANNA
LIN'S WONDERLAND; and DOES 1 to
10,

          Defendants.

Case No.: **2:23-cv-09878 PA (ASx)**

**NOTICE OF VOLUNTARY
DISMISSAL OF ENTIRE ACTION
WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE** that KENNETH DAVIDSON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: February 22, 2024        **SO. CAL. EQUAL ACCESS GROUP**

By: ___*/s/  Jason J. Kim*_____
       Jason J. Kim, Esq.
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**